| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | ALEXIS JAMES (NYBN 5603865)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724<br>Alexis.James@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTINA LANSANG GLORIA,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | NO. 22-MJ-70952 MAG<br><br>AMENDED STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND WAIVER UNDER FRCP 5.1 FROM SEPTEMBER 6, 2022 TO NOVEMBER 1, 2022 AND ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Kristina Lansang Gloria, that the currently scheduled appearance be continued to November 1, 2022, and time be excluded under the Speedy Trial Act from September 6, 2022 through November 1, 2022. It is further stipulated that time be waived under Federal Rule of Criminal Procedure 5.1 from September 6, 2022 through November 1, 2022.

On July 20, 2022, the defendant made her initial appearance in magistrate court. The government moved for detention and the matter was continued to July 27, 2022.

On July 27, 2022, the Court released the defendant and the matter was continued to August 3,

STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND WAIVER
UNDER FRCP 5.1 AND ORDER
Case No. 22-mj-70952

2022 for status on arraignment/preliminary hearing.

The government provided defense counsel with a substantial amount of discovery and plea offer.

The parties now request a continuance considering the defense's review of the materials and for further plea negotiations.

For these reasons, the parties stipulate and agree that excluding time until November 1, 2022 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from September 6, 2022 through November 1, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order. The undersigned Assistant United States Attorney further certifies that she discussed the above with pretrial services.

IT IS SO STIPULATED.

DATED: September 30, 2022

/s/
ALEXIS JAMES
Assistant United States Attorney

DATED: September 30, 2022

/s/
MARTHA BOERSCH
Counsel for Defendant Kristina Lansang Gloria

## ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time under the Speedy Trial Act and waive time under FRCP 5.1 from September 6, 2022 through November 1, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 6, 2022 to November 1, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and

STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND WAIVER UNDER FRCP 5.1 AND ORDER
Case No. 22-mj-70952

with the consent of the parties, IT IS HEREBY ORDERED that the time from September 6, 2022 through November 1, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

With the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the court sets the preliminary hearing to November 1, 2022 and — based on the parties' showing of good cause — finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED: _September 30, 2022_

HON. DONNA M. RYU
United States Magistrate Judge