1  BOERSCH & ILLOVSKY LLP
   Martha Boersch (State Bar No. 126569)
2  martha@boersch-illovsky.com
   1611 Telegraph Ave., Ste. 806
3  Oakland, CA 94612
4  Telephone: (415) 500-6640

5  Attorneys for Defendant
   KRISTINA LANSANG GLORIA
6

7                          UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9                                SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,                  Case No. 22-mj-70952-MAG

12                 Plaintiff,                  STIPULATION AND ORDER TO
                                               CONTINUE STATUS CONFERENCE AND
13         v.                                  EXCLUDE TIME FROM NOVEMBER 23,
                                               2022 TO JANUARY 4, 2023
14  KRISTINA LANSANG GLORIA,

15                 Defendant.

16         This matter is set for a status conference regarding preliminary hearing/arraignment on

17  November 23, 2022 at 10:30 a.m.  Defendant Kristina Lansang Gloria and the United States of

18  America, through undersigned counsel, hereby stipulate and request that the November 23, 2022

19  status conference be continued to January 4, 2023.  The reason for the continuance is to allow defense

20  adequate time to review the discovery materials provided by the government and for the parties to

21  engage in plea discussions.

22         It is further stipulated by and between the parties, that time be excluded under the Speedy

23  Trial Act from November 23, 2022 through January 4, 2023.  The parties have agreed that time be

24  excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by

25  reviewing the discovery already produced.  For this reason the parties stipulate and agree that

26  excluding time until January 4, 2023 will allow for the effective preparation of counsel.  *See* 18

27  U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by

28

excluding the time from November 23, 2022 through January 4, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

It is further stipulated that time be waived under Federal Rule of Criminal Procedure 5.1 from November 23, 2022 through January 4, 2023.

IT IS SO STIPULATED.

DATED:   November 17, 2022    /s/ Evan Mateer
EVAN MATEER
Assistant United States Attorney

DATED:   November 17, 2022    /s/ Martha A. Boersch
MARTHA A. BOERSCH
Counsel for Defendant
KRISTINA LANSANG GLORIA

**ORDER**

Having reviewed the forgoing stipulation and good cause having been shown, it is hereby ordered that the status conference currently scheduled for November 23, 2022 at 10:30 a.m. is continued to January 4, 2023 at 10:30 a.m. It is further ordered that time be excluded from computation under the Speedy Trial Act between November 23, 2022 through January 4, 2023. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 17, 2022

IT IS SO ORDERED
Judge Donna M. Ryu

HON. DONNA M. RYU
United States Magistrate Judge