1  BOERSCH & ILLOVSKY LLP
   Martha Boersch (State Bar No. 126569)
2  martha@boersch-illovsky.com
   1611 Telegraph Ave., Ste. 806
3  Oakland, CA 94612
   Telephone: (415) 500-6640
4

5  Attorneys for Defendant
   KRISTINA LANSANG GLORIA
6

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,                 Case No. 22-mj-70952-MAG

12              Plaintiff,                     **STIPULATION AND ORDER TO**
                                               **CONTINUE STATUS CONFERENCE**
13       v.                                    **AND EXCLUDE TIME FROM**
                                               **FEBRUARY 15, 2023, TO MARCH 8, 2023**
14  KRISTINA LANSANG GLORIA,

15              Defendant.

16       This matter is set for a status conference regarding preliminary hearing/arraignment on

17  February 15, 2023 at 10:30 a.m.  Defendant Kristina Lansang Gloria and the United States of

18  America, through undersigned counsel, hereby stipulate and request that the February 15, 2023, status

19  conference be continued to March 8, 2023.  The reason for the continuance is to allow defense

20  adequate time to review several thousand pages of discovery, recently produced, related to any

21  calculation of loss and for the parties to engage in plea discussions.

22       It is further stipulated by and between the parties that time be excluded under the Speedy Trial

23  Act from February 15, 2023, to March 8, 2023.  The parties have agreed that time be excluded under

24  the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the

25  discovery recently produced and a proposed plea agreement.  For this reason, the parties stipulate and

26  agree that excluding time until March 8, 2023, will allow for the effective preparation of counsel.

27  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice

28

1  served by excluding the time from February 15, 2023 through March 8, 2023, from computation

2  under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy

3  trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4       It is further stipulated that time be waived under Federal Rule of Criminal Procedure 5.1 from

5  February 15, 2023, through March 8, 2023.

6       IT IS SO STIPULATED.

7

8  DATED:     February 13, 2023     /s/ Evan Mateer
     EVAN MATEER
     Assistant United States Attorney

9

10  DATED:     February 13, 2023     /s/ Martha A. Boersch
     MARTHA A. BOERSCH

11       Counsel for Defendant
     KRISTINA LANSANG GLORIA

12

13

14  **ORDER**

15       Having reviewed the forgoing stipulation and good cause having been shown, it is hereby

16  ordered that the status conference currently scheduled for February 15, 2023, at 10:30 a.m. is

17  continued to March 8, 2023 at 10:30 a.m.  It is further ordered that time be excluded from

18  computation under the Speedy Trial Act between February 15, 2023, through March 8, 2023.  18

19  U.S.C. § 3161(h)(7)(A), (B)(iv).

20       IT IS SO ORDERED.

21

22  DATED:  February 13, 2023

23       HON. DONNA M. RYU
     United States Magistrate Judge

24

25

26

27

28