STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

EVAN M. MATEER (CABN 326848)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-7234
    Evan.Mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:22-mj-70952-MAG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE: PRELIMINARY EXAMINATION AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1 |
| v. | |
| KRISTINA LANSANG GLORIA, | |
| Defendant. | |

The parties to the above-captioned matter hereby stipulate and respectfully request that the Status Hearing regarding Arraignment or Preliminary Examination currently scheduled for July 18, 2023 at 10:30 a.m. be continued to July 25, 2023, at 10:30 a.m. The parties request this continuance for defense counsel to continue to review discovery and to conduct their investigation and for the parties to continue with ongoing plea negotiations.

The parties agree and jointly request that the time between July 18, 2023, and July 25, 2023 should be excluded in order to provide reasonable time necessary for the continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Federal Rule of Criminal Procedure Rule 5.1(d). The parties agree that the ends of justice are served by granting the continuance

and outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**                                STEPHANIE M. HINDS
                                                        United States Attorney

Dated: July 14, 2023                                    _____/s/_____
                                                        EVAN M. MATEER
                                                        Assistant United States Attorney

Dated: July 14, 2023                                    _____/s/_____
                                                        MARTHA A. BOERSCH
                                                        Counsel for Defendant KRISTINA GLORIA

STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION AND EXCLUDE TIME      2
4:22-mj-70952-MAG

**ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Status Conference regarding Arraignment and Preliminary Examination in the above-captioned matter is continued to July 25, 2023 at 10:30 am  The Court hereby FINDS that for adequate preparation of the case by all parties and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Federal Rule of Criminal Procedure 5.1(d), an exclusion of time is warranted.  Based on these findings, IT IS HEREBY ORDERED THAT the Status Conference regarding Arraignment and Preliminary Examination is continued until July 25, 2023, at 10:30 a.m., and time is excluded between July 18, 2023, and July 25, 2023.

**IT IS SO ORDERED.**

Dated: July 14, 2023

HON. KANDIS A. WESTMORE
United States Magistrate Judge